**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    YOU NEVER KNOW, LLC,                      No. C 11-03695 WHA
10                Plaintiff,
11      v.                                     **ORDER TO SHOW
                                               CAUSE AND VACATING**
12   RON VANDERBECK,                           **MOTION HEARING**
13                Defendant.
14   _____/
15
           Defendant Ron Vanderbeck, who is proceeding *pro se*, removed this action to federal
16
     district court in July 2011.  Plaintiff filed a motion "to dismiss the Notice of Removal" on
17
     August 19, 2011 (Dkt. No. 15).  Pursuant to Civil Local Rule 7-3, Mr. Vanderbeck's opposition
18
     or statement of non-opposition to the motion was due on September 2.  None was filed.
19
     Accordingly, defendant Ron Vanderbeck is hereby **ORDERED TO SHOW CAUSE** why this action
20
     should not be remanded for lack of jurisdiction.  Defendant Ron Vanderbeck must file a written
21
     response to this order by **SEPTEMBER 30, 2011**.  If no response is filed, or if the response fails to
22
     establish jurisdiction, then the action may be remanded to the court from which it was removed.
23
     The hearing on plaintiff's motion previously set for September 29, 2011, is **VACATED**.
24
25         **IT IS SO ORDERED.**
26
27   Dated:  September 8, 2011.
28                                             _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE