IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YOU NEVER KNOW, LLC,

    Plaintiff,

  v.

RON VANDERBECK,

    Defendant.
                                /

No. C 11-03695 WHA

**ORDER TO SHOW CAUSE AND VACATING MOTION HEARING**

      Defendant Ron Vanderbeck, who is proceeding *pro se*, removed this action to federal district court in July 2011. Plaintiff filed a motion "to dismiss the Notice of Removal" on August 19, 2011 (Dkt. No. 15). Pursuant to Civil Local Rule 7-3, Mr. Vanderbeck's opposition or statement of non-opposition to the motion was due on September 2. None was filed. Accordingly, defendant Ron Vanderbeck is hereby **ORDERED TO SHOW CAUSE** why this action should not be remanded for lack of jurisdiction. <u>Defendant Ron Vanderbeck must file a written response to this order by **SEPTEMBER 30, 2011**</u>. If no response is filed, or if the response fails to establish jurisdiction, then the action may be remanded to the court from which it was removed. The hearing on plaintiff's motion previously set for September 29, 2011, is **VACATED**.

      **IT IS SO ORDERED.**

Dated: September 8, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE